**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| JUAN ESPINOZA, | No. 15-15689 |
| Plaintiff - Appellant, | D.C. No. 3:13-cv-05047-JST |
| v. | |
| ZAHED AHMED, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Northern District of California
Jon S. Tigar, District Judge, Presiding

Submitted February 24, 2016[**]

Before:   LEAVY, FERNANDEZ, and RAWLINSON, Circuit Judges.

California state prisoner Juan Espinoza appeals pro se from the district

court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate

indifference to his serious medical needs.  We have jurisdiction under 28 U.S.C.

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1291.  We review de novo.  *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004).  We affirm.

The district court properly granted summary judgment because Espinoza failed to raise a genuine dispute of material fact as to whether defendant Dr. Ahmed was deliberately indifferent to Espinoza's hemorrhoid condition.  *See id.* at 1057-60 (a prison official is deliberately indifferent only if he or she knows of and disregards an excessive risk to an inmate's health; medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference).

Espinoza's request for this court to investigate whether defendant prescribed stool softeners, set forth in his opening brief, is denied.

**AFFIRMED.**